**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA,

        - against -

PHILIP MOSCA,

                    Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2025

**25 CR 210 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On September 26, 2025, counsel for the above-named Defendant submitted a letter to the Court requesting that Defendant be provided access to a laptop to view discovery. Counsel is directed to provide that letter to the Government with any necessary redactions. The Government may submit a response within seven (7) days by letter not to exceed two (2) pages.

**SO ORDERED.**

Dated:   26 September 2025
         New York, New York

Victor Marrero
U.S.D.J.